Roger T. Margolis, Frederick W. Ulrich, Harrisburg, for Sternick.

Frederick J. Fanelli, Pottsville, Danielle Peyakovich, Orwigsburg, for Lupkin.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

The order of the Superior Court in the above-captioned case is AFFIRMED.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Lennard DAVIS, Jr., Respondent.**

**No. 837 Disciplinary Docket No. 2.**

**Disciplinary Board No. 89 DB 92.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1995.
Decided Nov. 22, 1995.
Reargument Denied Jan. 16, 1996.

Lennard Davis, Jr., for respondent.

Stuart L. Haimowitz, Office of Disciplinary Counsel, Marcia Lieberman, for petitioner.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated October 19, 1994, and following oral argument, it is hereby

ORDERED that respondent be and he is disbarred from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Mr. Justice Montemuro participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).